# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO






JOSE RAFAEL CAPO ABREU, ET AL.

VS.

CIVIL NO. 98-1463 (JAF)

INGENIUM, INC., ET AL.

## DESCRIPTION OF MOTION

**DATE FILED:** 10/22/99 **DOCKET #:** 17

[] Plaintiff(s)
**[x] Defendant(s)**

**TITLE:** MOTION by Ingenium, Inc., Carlos I. Perez-Pluguez to Extend the deadline for filing dispositive motions until the discovery has been completed

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

**OTHER:** 30 days granted to obtain transcripts and file a R56 motion for summary judgment

11/22/99
DATE

[signature]
JOSE A. FUSTE
U.S. DISTRICT JUDGE

21

2