IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO




JOSE RAFAEL CAPO ABREU, ET AL.

VS.

CIVIL NO. 98-1463 (JAF)

INGENIUM, INC., ET AL.

---

### DESCRIPTION OF MOTION

DATE FILED: 11/01/99   DOCKET #: 18   TITLE: MOTION by Jose Rafael Capo-Abreu, Vanessa Sosa |for Jose Ortiz-Velez to Withdraw as Attorney|, and |to Extend Time for 30 days to announce new legal representation|

[x] Plaintiff(s)
[ ] Defendant(s)

### O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: Granted, 10 days are allowed for new counsel to appear. Plaintiff present and so advised.

s/: Jose Ortiz
11/22/99
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

