# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



JOSE RAFAEL CAPO ABREU, ET AL.

VS.

CIVIL NO. __98-1463 (JAF)__

INGENIUM, INC., ET AL.

RECEIVED & FILED
'00 FEB -3 AM 8:54
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

---

## DESCRIPTION OF MOTION

**DATE FILED:** 01/07/00   **DOCKET #:** 28   **TITLE:** MOTION by Jose Rafael Capo-Abreu, Vanessa Sosa |to Extend Time until 2/10/00 to oppose to mot for sum/jgm|

[x] Plaintiff(s)
[ ] Defendant(s)

---

## O-R-D-E-R

**X** GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

**OTHER:**

---

2/2/2000
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

(31)

3