## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



JOSE RAFAEL CAPO ABREU, ET AL.

    VS.

INGENIUM, INC., ET AL.

CIVIL NO. 98-1463(JAF)

---

### DESCRIPTION OF MOTION

DATE FILED: 03/20/00   DOCKET #: 39   TITLE: MOTION by Ingenium, Inc., Carlos I. Perez-Pluguez |for Leave to File REPLY to plff's opp to mot for sum/jgm|

[ ] Plaintiff(s)
[x] Defendant(s)

---

### O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: If the transcript is available before we decide the pending motion, the court will consider the reply. We cannot wait for transcripts delayed for reasons beyond our control.

3/29/00
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE