IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO




JOSE RAFAEL CAPO ABREU, ET AL

VS.                                              CIVIL NO. 98-1463 (JAF)

INGENIUM, INC. AND CARLOS I.
PEREZ PLUGUEZ, ET AL

| DESCRIPTION OF MOTION | |
|---|---|
| DATE FILED: 3/8/00   DOCKET: 37 | TITLE: MOT. REQ. PARTIAL DISMISSAL OF CERTAIN CLAIMS |
| [X] Plffs.   [ ]Deft | |

O-R-D-E-R

*noted*

3/29/00
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE