UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

1

JOSE RAFAEL CAPO-ABREU,

2  et al.,

3
        Plaintiffs,                                Civil No. 98-1463 (JAF)

4

5       v.

6
INGENIUM, INC., et al.,

7
        Defendants.

8
-------------------------------------

9

10                              **O R D E R**

11
        The Judges have agreed to the reassignment of forty-five
12
cases to the docket of the Honorable Jay García-Gregory, who
13
will take the oath of office effective August 1, 2000.
14
        Pursuant to the above, the present case is assigned to the
15
docket of Judge García-Gregory.
16
17      **IT IS SO ORDERED.**

18      San Juan, Puerto Rico, this 11th day of July, 2000.

19

20
                                        JOSE ANTONIO FUSTE
21                                      U. S. District Judge

22

23

24

25

26

AO 72
(Rev 8/82)