UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE RAFAEL CAPO ABREU, ET AL

Plaintiff(s)

v.                           CIVIL NUMBER: 98-1463 (JAG)

INGENIUM, INC. and CARLOS I.
PEREZ PLUGUEZ, ET AL

Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 01/22/01<br>**Title:** Motion for Extension of Time<br>**Docket(s):** 45<br>[ x ] **Plff(s)**   [ ] **Dft(s)**   [ ] **Other** | **GRANTED.** |

Date: February 15, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

