UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE RAFAEL CAPO ABREU, ET AL

**Plaintiff(s)**

v.                                     CIVIL NUMBER: 98-1463 (JAG)

INGENIUM, INC. and CARLOS I.
PEREZ PLUGUEZ, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 02/12/01<br>**Title:** Motion for Final Extension of Time<br>**Docket(s):** 46<br>[ x ] **Plff(s)**   [ ] **Dft(s)**   [ ] **Other** | GRANTED. |

Date:  February 28, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

s/cs:to ( 3 )
attys/pts
in ICMS

MAR - 5 2001