CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

2002 APR 23  AM 10: 32

RECEIVED AND FILED

JOSE RAFAEL CAPO ABREU, et al

**Plaintiff(s)**

v.   CIVIL NO.   98-1463 (JAG)

INGENIUM, INC. and CARLOS I.
PEREZ PLUGUEZ, et al

**Defendant(s)**

---

| MOTION | ORDER |
|---|---|
| Date Filed: 04/04/02<br>Title: Motion Requesting Extension of Time<br>Docket(s): 49<br>[ X ] Plff(s)   [ ] Dft(s)   [ ] Other | **GRANTED.** |

Date: April 19, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge