# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

JOSE RAFAEL CAPO ABREU, et al

    **Plaintiff(s)**

    v.                        CIVIL NO.   98-1463 (JAG)

INGENIUM, INC. and CARLOS I.
PEREZ PLUGUEZ, et al

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/23/02<br>**Title:** Motion Requesting Deferment of Pretrial Order<br>**Docket(s):** 53 | **GRANTED.** Failure to comply with the trial scheduling order will result in the imposition of the harshest sanctions. |
| [ ] Plff(s)   [ X ] Dft(s)   [ ] Other | |

Date: August 30, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge



*Received and Filed stamp: U.S. Clerk's Office, U.S. District Court, San Juan, PR, 2002 SEP -4 AM 11:*