UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CAPO-ABREU, et al.

**Plaintiffs**

v.                                      Civil No. 98-1463 (JAG)

INGENIUM, INC., et al.

**Defendants**

---

ORDER

On March 8, 2000, Plaintiffs filed a motion requesting voluntary dismissal of their ADA claims against defendant Carlos Perez Pluguez and of their ERISA claims (Docket No. 37). The Court will grant the motion and dismiss these claims with prejudice pursuant to Fed.R.Civ.P. 41(b). Carlos Perez Pluguez, however, remains a party to the case as his liability under other statutes is still to be determined. Judgment will enter accordingly.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 15th day of October 2002.

JAY A. GARCIA-GREGORY
United States District Judge

1