# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

CAPO-ABREU ET AL.
**Plaintiff(s)**

v.   CIVIL NO. 98-1463 (JAG)

INGENIUM INC.
**Defendant(s)**

---

## ORDER

Pursuant to the Court's disposition of the partial Summary Judgment motion, the parties are ordered to file the Pre Trial Order no later than October 29, 2002. No extension of time shall be granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico this 18th day of October, 2002.

**JAY A. GARCIA-GREGORY**
**United States District Judge**



