UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE RAFAEL CAPO ABREU ET AL.
    Plaintiff(s)

v.                                                          CIVIL NO. 98-1463 (JAG)

INGENIUM INC. ET AL.
    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/16/02<br>**Title:** Motion for Extension of Time<br>**Docket(s):** 57<br><br>X Plaintiffs  ☐ Third Party<br>☐ Defendant(s)  ☐ Other | GRANTED. Parties shall submit the joint Pre Trial Order no later than October 30, 2002 given that the Pre-Trial/Settlement Conference is to be held on the following day. A courtesy copy shall be delivered to Judge Garcia's Chambers no later than 2:00PM that same day. |

Date: 10·24·02

JAY A. GARCIA-GREGORY
U.S. District Judge

