**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

JOSE RAFAEL CAPO ABREU <u>et al.</u>

**Plaintiff(s)**

v.

INGENIUM, INC. AND CARLOS I.
PEREZ PLUGUEZ, <u>et al.</u>

**Defendant(s)**

**CIVIL NO.**   98-1463 (JAG)

---

## ORDER

Before the Court is Plaintiff's Motion regarding Pretrial Conference and Requesting Continuance of Trial (Docket No. 61) and Defendant's Informative Motion Concerning the Pretrial Order (Docket No. 62). The Court hereby DENIES both motions and warns the parties that the Pre-Trial/Settlement conference will be held on Friday, November 1st, 2002, as scheduled.

Any party that fails to bring its portion of the Pre-Trial Order to the Pre-Trial Settlement conference will be sanctioned in the amount of $500.00 pursuant to Fed. R. Civ. P 16 (f). The Court may also decide to dismiss the case for lack of prosecution.

While the Court is sympathetic to plaintiff's counsel condition, this case has been pending since 1998 and the trial and pre-trial conference have been scheduled since August 2002. (Docket No.52.) Parties are required to be ready to proceed with the Court's calendar and orders irrespective of pending motions with this Court. Furthermore, they must inform the Court promptly when and if any conflict arises that could alter the scheduled dates.

This case is set for trial on November12, 2002.

IT IS SO ORDERED.

JAY A. GARCIA-GREGORY
U.S. District Judge