IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE RAFAEL CAPO-ABREU et al.
    Plaintiff(s)

v.

INGENIUM, INC. AND CARLOS I.
PEREZ PLUGUEZ, et al.

    Defendant(s)

CIVIL NO. 98-1463 (JAG)

## STATUS REPORT

The Court met with the parties on November 1, 2002. The parties discussed, and remain interested in seeking an out of court solution to the case, but still remain apart. Parties agreed to notify the Court by November 8, whether an out of court settlement had been reached. The Court modified its Order dated October 31, 2002 (Docket No. 64) and held the Pre-Trial Settlement Conference would be treated as a status conference. Trial date was reset for December 3, 2002 at 9:30 AM and a pre-trial/settlement conference was set for November 22 at 5:00PM. The parties will file proposed jury instructions, voir dire questionnaires and a verdict form no later than November 22, 2002.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 5th day of November, 2002.

JAY A. GARCIA-GREGORY
U.S. District Judge