IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE RAFAEL CAPO-ABREU et al.
  **Plaintiff(s)**

v.                                    CIVIL NO. 98-1463 (JAG)

INGENIUM, INC. AND CARLOS I.
PEREZ PLUGUEZ, et al.
  **Defendant(s)**

## MINUTES

The Court held a Pre-Trial/Settlement Conference with the parties on Friday, November 22, 2002 from 7:00p.m. until approximately 8:00pm. The parties remain interested but unable to reach a settlement. The Court reviewed the Joint Pre-Trial Order submitted by the parties and a Motion in Limine filed by plaintiff regarding defendant's expert witness. The Court granted the Motion in Limine because the expert witness report was only recently made available to plaintiff and accordingly prohibited the expert from testifying. Jury selection will be held before Hon. Magistrate Judge Aida Delgado Colon at 9:30 a.m. on December 3, 2002. The parties expect to reduce the number of proposed witnesses and to stipulate to the authenticity of certain documents. The Court ordered the parties to file an amended Pre Trial Order reflecting these changes, Proposed Jury Instructions, Proposed Verdict Form and a short Statement of the Case no later than 4:00 p.m. on Tuesday, November 26, with courtesy copies to the chambers of Aida Delgado and Jay Garcia-Gregory.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 25th day of November, 2002.

Jay A. Garcia-Gregory
United States District Judge