UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



JOSE RAFAEL CAPO ABREU
    Plaintiff(s)

v.                      CIVIL NO.  98-1463(JAG)

INGENIUM INC. AND CARLOS I. PEREZ PLUGUEZ, ET AL.
    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 12/2/02<br>**Title:** Motion Withdrawing Compliant with Prejudice<br>**Docket(s):** 71<br><br>X Plaintiffs    ☐ Third Party<br>☐ Defendant(s)    ☐ Other | GRANTED. Judgment shall enter accordingly. |

Date: December 6, 2002

*JAY A. GARCIA-GREGORY*
U.S. District Judge