# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

JOSE RAFAEL CAPO ABREU
**Plaintiff(s)**

v.

**CIVIL NO.**  98-1463(JAG)

INGENIUM INC. AND CARLOS I.
PEREZ PLUGUEZ, ET AL.
**Defendant(s)**

---

## JUDGMENT

Pursuant to the Order of this date and to for the reasons states therein, this action is dismissed with prejudice.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 6th day of December, 2002.

JAY A. GARCIA-GREGORY
United States District Judge



